

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50085 | **DATE** | 12/10/2002 |
| **CASE TITLE** | HANNON vs. DURAI | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the court modifies the Report and Recommendation and dismisses the case without prejudice.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| X | Notices mailed by judge's staff. | | DEC 12 2002 | |
| | Notified counsel by telephone. | | date docketed | 72 |
| | Docketing to mail notices. | | | |
| X | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| X | Copy to judge/magistrate judge. | | 12-10-02 | |
| | /SEC | courtroom deputy's initials | 02 DEC 11 PM 3:00 | date mailed notice |
| | | | FILED-WD Date/time received in central Clerk's Office | SW mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

On November 18, 2002, Magistrate Judge Mahoney entered a Report and Recommendation that the case be remanded to the state court in either DuPage or Lee Counties. No objection has been filed. It appears, however, that prior to issuance of this order plaintiff and defendant Dr. U. Nalle Durai, the only remaining defendant as all federal claims and other defendants have been dismissed, both sought remand to state court albeit to different counties. Copies of the motions to remand were faxed to the court on November 13, 2002 but were never properly filed in the district clerk's office. As the parties concede in these documents provided to the court that it no longer has jurisdiction over the remaining supplemental state claim for medical malpractice, the state claim is dismissed without prejudice. There is no basis for a remand because this case was originally filed in federal court, not state court and a remand is possible only when the action is removed from a state court. See 28 U.S.C. § 1447. Nor may the court simply transfer the case to state court. See 28 U.S.C. § 1631; McLaughlin v. Arco Polymers, Inc., 721 F.2d 426, 429 (3d Cir. 1983). Accordingly, the court modifies the Report and Recommendation and dismisses the case without prejudice.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

Thomas Hannon

v.

U Nalla Durai, Dr., et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01 C 50085

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court modifies the Report and Recommendation and dismisses the case without prejudice.

FILED-WD
02 DEC 11 PH 3:00
CLERK
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 12/10/2002

Susan M. Wessman, Deputy Clerk